JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA CARTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>　　　　　Defendant. | NO. EDCV 09-00333 SS<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the decision of the Commissioner is REVERSED AND REMANDED.

DATED: December 15, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE