1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       11332 Mountain View Ave., Suite C
3      Loma Linda, California 92354
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff
8               UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
10  PAMELA CARTER,                    )    No.  EDCV 09-333 SS
11                                    )
                                      )
12      Plaintiff,                    )    [PROPOSED] ORDER AWARDING
        v.                            )    EAJA FEES
13                                    )
14  MICHAEL J. ASTRUE,                )
    Commissioner Of Social Security,  )
15                                    )
16      Defendant.                    )
17  _____  )

18      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19      IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be
20  awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount
21  of THREE THOUSAND TWO HUNDRED DOLLARS and 00/cents ($3,200.00), as
22  authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced
23  Stipulation.
24
       DATED: 2/12/10    Suzanne H. Segal
25                       _____
26                       HON. SUZANNE H. SEGAL
                         UNITED STATES MAGISTRATE JUDGE
27
28

                                    -1-